UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

ALEJANDRA RAMIREZ VELASQUEZ,        :

                                          :        25-CV-08750 (JAV)

                Plaintiff,                    :

                                          :        <u>ORDER</u>

          -v-                              :

COMMISSIONER OF SOCIAL SECURITY    :

                                          :

                  Defendant.               :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The court has issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, in which the United States Attorney's Office for the Southern District of New York, has made an appearance. No attorney from the U.S. Attorney's Office has appeared in this matter, however, and thus this case is not subject to the Standing Order's stay or tolling of deadlines.

       In light of the lapse of funding to the United States Department of Justice, the Court has determined that a stay of this matter is appropriate.

       It is hereby ORDERED that this matter shall be stayed, and all deadlines tolled, to the same extent as cases subject to the Standing Order.

SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                            JEANNETTE A. VARGAS
                                                            United States District Judge